**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Harold F. Jones d/b/a Butch Jones Body Shop, Appellant,

v.

State Farm Mutual Automobile Insurance Company and Clint Cudd, Respondents.

Appellate Case No. 2016-001701

―――――――――――――

Appeal From Horry County
D. Craig Brown, Circuit Court Judge

―――――――――――――

Unpublished Opinion No. 2018-UP-237
Submitted May 1, 2018 – Filed June 6, 2018

―――――――――――――

**AFFIRMED**

―――――――――――――

Harold F. Jones, of Myrtle Beach, pro se.

Charles R. Norris and Matthew Wyatt Orville, both of Nelson Mullins Riley & Scarborough, LLP, of Charleston, for Respondents.

―――――――――――――

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: S.C. Code Ann. § 15-3-550 (2005) (requiring an action for defamation to be commenced within two years after the cause of action has accrued); *Dawkins v. Fields*, 354 S.C. 58, 69, 580 S.E.2d 433, 439 (2003) (acknowledging summary

judgment must wait until there has been a full and fair opportunity for discovery but placing the burden on the nonmoving party to show further discovery will uncover additional relevant evidence and the nonmoving party is not merely engaged in a fishing expedition).

**AFFIRMED.**[1]

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.